UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

Hearing Date: February 13, 2024  
Time: 2:00 pm  

------------------------------X  
In Re:  

Chapter 7  
Case No.: 1-23-11461  

Akmal H. Sadikov,  

Debtor(s).  
------------------------------X  

## AMENDED NOTICE OF MOTION FOR AN ORDER REOPENING THE ABOVE REFERENCED BANRUPTCY PROCEEDING FOR THE SOLE PURPOSE OF ALLOWING THE DEBTOR TO AMEND THE PETITION TO ADD CREDITORS

PLEASE TAKE NOTICE that a hearing shall be held on February 13, 2024 at 2:00 pm on the motion filed by Akmal H. Sadikov, seeking Motion for an Order to Reopen (the "Motion") [ECF No. 16]. and supporting application, for an Order reopening the above referenced bankruptcy proceeding pursuant to 11 U.S.C. section 350 and Bankruptcy Rules 5010 and 9024 for the sole purpose of allowing the Debtor to amend his petition to add creditor. The hearing shall be held before the Honorable Judge Martin Glenn, United States Bankruptcy Judge of the Southern District of New York, via Zoom.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by February 6, 2024 (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nysb.uscourts.gov. A copy of the objection must also be served, so as to be received by the Objection Deadline, on: February 6, 2024.

PLEASE TAKE FURTHER NOTICE, that you may appear at the hearing by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. Instructions for registering

at https://www.nysb.uscourts.gov/content/chiefjudge-martin-glenn

or htttps://www.nysb.uscourts.gov/ecourt-appearances If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Glenn courtroom deputy for instructions at (212) 284-4037 or mg.chambers@nysb.uscourts.gov

    PLEASE TAKE FURTHER NOTICE that the hearing on the Motion may be adjourned without notice other than an announcement at the hearing.

Dated: 1/23/24                                          Law Office of Rima Nayberg

                                                             By: Rima Nayberg, Esq.
7 Knickerbocker Rd
S. Plainview, NY 11803
Tel. 516-860-9014
Email: naybergrima@gmail.com