UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――X          Chapter 7

In re:
    Akmal H. Sadikov,

Case # 1-23-11461

                  Debtor(s).
―――――――――――――――――――――X

### Certificate of Service

    I, Rima Nayberg, certify that on January 23, 2023, I caused to be served a true copy of the annexed:

**AMENDED NOTICE, APPLICATIONFOR AN ORDER REOPENING THE ABOVE REFERENCED BANRUPTCY PROCEEDING FOR THE SOLE PURPOSE OF ALLOWING THE DEBTOR TO AMEND THE PETITION TO ADD CREDITORS AND PROPOSED ORDER**

by mailing by First Class Mail in a sealed envelope, with postage prepaid, thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                          Law Office of Rima Nayberg

                                          */s/ Rima Nayberg*
                                          By: Rima Nayberg
                                          7 Knickerbocker Rd.
                                          S. Plainview, NY 11803
                                          Tel. 516-860-9014
                                          Email. naybergrima@gmail.com

Trustee
Gregory M. Messer
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242

U.S. Trustee
United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

BMO Bank N.A.
PO BOX 3040
Cedar Rapids, IA 52406

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850


Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850


Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179


Friss Law Firm, Pc
11 Broadway Ste 615
New York, NY 10004

Nissan Motor Acceptance C
Po Box660360
Dallas, TX 75266


Nissan Motor Acceptance Corp/Infiniti
Attn: Bankruptcy
Po Box 660360
Dallas, TX 75266


Small Business Administra
14925 Kingsport Road
Fort Worth, TX 76155


Synchrony Bank/Banana Republic
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Hhgregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896