| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------X<br>In Re:<br><br>Akmal H. Sadikov,<br><br>                Debtor(s).<br>-------------------------------X | **Hearing Date: March 7, 2024**<br>**Time: 4:00 pm**<br><br>Chapter 7<br>Case No.: 1-23-11461 |

### NOTICE OF HEARING FOR THE MOTION FOR AN ORDER REOPENING THE ABOVEREFERENCED BANRUPTCY PROCEEDING FOR THE SOLE PURPOSE OF ALLOWING THE DEBTOR TO AMEND THE PETITION TO ADD CREDITORS

PLEASE TAKE NOTICE that a hearing shall be held on **March 7, 2024** at 4:00 pm on the motion filed by Akmal H. Sadikov, seeking Motion for an Order to Reopen (the "Motion") [ECF No. 16]. and supporting application, for an Order reopening the above referenced bankruptcy proceeding pursuant to 11 U.S.C. section 350 and Bankruptcy Rules 5010 and 9024 for the sole purpose of allowing the Debtor to amend his petition to add creditor. The hearing shall be held before the Honorable Judge Martin Glenn, United States Bankruptcy Judge of the Southern District of New York, via Zoom.

PLEASE TAKE FURTHER NOTICE, that you may appear at the hearing by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nysb.uscourts.gov/content/chiefjudge-martin-glenn or https://www.nysb.uscourts.gov/ecourt-appearances If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Glenn courtroom deputy for instructions at (212) 284-4037 or

mg.chambers@nysb.uscourts.gov

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion may be adjourned without notice other than an announcement at the hearing.

Dated: 2/27/2024

Law Office of Rima Nayberg

By: Rima Nayberg, Esq.
7 Knickerbocker Rd
S. Plainview, NY 11803
Tel. 516-860-9014
Email: naybergrima@gmail.com