At the *Matrimonial/IAS* Part 5J of New York State Supreme Court at the Courthouse, located at 360 Adams Street, Brooklyn, NY 11201, Kings County, on the 6th day of January 2023

Present:
Hon. Theresa M. Ciccotto          *Justice*

-----------------------------------------X
FARANGIZ BONU GULYAMOVA,
                        Plaintiff,

    -against-

AKMAL SADIKOV,
                        Defendant.
-----------------------------------------X

Index No.: 552703/2020
Calendar No.:
Social Security No.:

**JUDGMENT OF DIVORCE**

    EACH PARTY HAS A RIGHT TO SEEK A MODIFICATION OF THE CHILD SUPPORT ORDER UPON A SHOWING OF: (I) A SUBSTANTIAL CHANGE IN CIRCUMSTANCES; OR (II) THAT THREE YEARS HAVE PASSED SINCE THE ORDER WAS ENTERED, LAST MODIFIED OR ADJUSTED; OR (III) THERE HAS BEEN A CHANGE IN EITHER PARTY'S GROSS INCOME BY FIFTEEN PERCENT OR MORE SINCE THE ORDER WAS ENTERED, LAST MODIFIED, OR ADJUSTED; HOWEVER IF THE PARTIES HAVE SPECIFICALLY OPTED OUT OF SUBPARAGRAPH (II) OR (III) OF THIS PARAGRAPH IN A VALIDLY EXECUTED AGREEMENT OR STIPULATION, THEN THAT BASIS TO SEEK MODIFICATION DOES NOT APPLY.

    NOTICE REQUIRED WHERE PAYMENTS THROUGH SUPPORT COLLECTION UNIT NOTE:
    (1) THIS ORDER OF CHILD SUPPORT SHALL BE ADJUSTED BY THE APPLICATION OF A COST OF LIVING ADJUSTMENT AT THE DIRECTION OF THE SUPPORT COLLECTION UNIT NO EARLIER THAN TWENTY-FOUR MONTHS AFTER THIS ORDER IS ISSUED, LAST MODIFIED OR LAST ADJUSTED, UPON THE REQUEST OF ANY PARTY TO THE ORDER OR PURSUANT TO PARAGRAPH (2) BELOW. UPON APPLICATION OF A COST OF LIVING ADJUSTMENT AT THE DIRECTION OF THE SUPPORT COLLECTION UNIT, AN ADJUSTED ORDER SHALL BE SENT TO THE PARTIES WHO, IF THEY OBJECT TO THE COST OF LIVING ADJUSTMENT, SHALL HAVE THIRTY-FIVE (35) DAYS FROM THE DATE OF MAILING TO SUBMIT A WRITTEN OBJECTION TO THE COURT INDICATED ON SUCH ADJUSTED ORDER. UPON RECEIPT OF SUCH WRITTEN OBJECTION, THE COURT SHALL SCHEDULE A HEARING AT WHICH THE PARTIES MAY BE PRESENT TO OFFER EVIDENCE WHICH THE COURT WILL CONSIDER IN ADJUSTING THE CHILD SUPPORT ORDER IN ACCORDANCE WITH THE CHILD SUPPORT STANDARDS ACT.

1

FILED: KINGS COUNTY CLERK 01/10/2023 09:59 PM
NYSCEF DOC. NO. 60
23-11461-mg    Doc 22    Filed 03/04/24    Entered 03/07/24 11:58:07    Main Document
Pg 2 of 6
INDEX NO. 552703/2020
RECEIVED NYSCEF: 01/10/2023

**(2) A RECIPIENT OF FAMILY ASSISTANCE SHALL HAVE THE CHILD SUPPORT ORDER REVIEWED AND ADJUSTED AT THE DIRECTION OF THE SUPPORT COLLECTION UNIT NO EARLIER THAN TWENTY-FOUR MONTHS AFTER SUCH ORDER IS ISSUED, LAST MODIFIED OR LAST ADJUSTED WITHOUT FURTHER APPLICATION BY ANY PARTY. ALL PARTIES WILL RECEIVE A COPY OF THE ADJUSTED ORDER.**

**(3) WHERE ANY PARTY FAILS TO PROVIDE, AND UPDATE UPON ANY CHANGE, THE SUPPORT COLLECTION UNIT WITH A CURRENT ADDRESS, AS REQUIRED BY SECTION TWO HUNDRED FORTY-B OF THE DOMESTIC RELATIONS LAW, TO WHICH AN ADJUSTED ORDER CAN BE SENT, THE SUPPORT OBLIGATION AMOUNT CONTAINED THEREIN SHALL BECOME DUE AND OWING ON THE DATE THE FIRST PAYMENT IS DUE UNDER THE TERMS OF THE ORDER OF SUPPORT WHICH WAS REVIEWED AND ADJUSTED OCCURRING ON OR AFTER THE EFFECTIVE DATE OF THE ADJUSTED ORDER, REGARDLESS OF WHETHER OR NOT THE PARTY HAS RECEIVED A COPY OF THE ADJUSTED ORDER.**

This action was submitted to this court for inquest on June 21, 2022.

That this action was commenced by Plaintiff by filing the Summons with Notice with the County Clerk on December 02, 2020. Defendant was served personally with the above stated pleadings and the Notice of Automatic Orders. Defendant appeared by counsel Konstantinos Gaisidis, Esq. The Court granted inquest on defendant's default.

The Court accepted oral proof of non-military status.

The Plaintiff's address is at 1581 East 24th Street, Apt. D2, Brooklyn NY 11229, and social security number is 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. The Defendant resides at 430 Isabella Avenue, Staten Island, NY 10306 and social security number is 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.

Now on motion of Natalya Friss, Esq., the attorney for Plaintiff, it is:

ORDERED AND ADJUDGED that the referee's report, if any, is hereby confirmed; and it further

**ORDERED, ADJUDGED AND DECREED** that the application of plaintiff is hereby granted to dissolve the marriage between FARANGIZ BONU GULYAMOVA, plaintiff, and AKMAL SADIKOV, defendant, by reason of the relationship between Plaintiff and Defendant has broken down irretrievably for a period of at least six months pursuant to DRL §170(7); and

FILED: KINGS COUNTY CLERK 01/10/2023 09:59 AM
NYSCEF DOC. NO. 60
23-11461-mg    Doc 22    Filed 03/04/24    Entered 03/07/24 11:58:07    Main Document
Pg 3 of 6
INDEX NO. 552703/2020
RECEIVED NYSCEF: 01/10/2023

**The requirement of DRL §240 1(a-1) have been met and the Court having considered the results of said inquires, it is**

**ORDERED AND ADJUDGED** that Plaintiff shall have full legal and physical custody of the minor child of the marriage, namely MALIKABEGIM SADIKOVA, born on June 08, 2016, Social Security Number is 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; and

**The requirement of DRL §240 1(a-1) have been met and the Court having considered the results of said inquires, it is**

**ORDERED AND ADJUDGED** that Defendant shall have reasonable visitation with the minor child of the marriage away from the custodial residence, as will be mutually agreed upon by both parties; and

**ORDERED AND ADJUDGED** that there are no court orders with regard to custody or visitation to be continued; and it is further

**ORDERED AND ADJUDGED** that there are no orders from other courts to be continued; and it is further

**ORDERED AND ADJUDGED** that Defendant shall pay to Plaintiff as and for the support of the parties' unemancipated child of the marriage, the sum of $1,260.44 per month in child support on the first day of each month, commencing on July 1, 2022, until the child is emancipated; the support shall be made payable through the Support Collection Unit; and it is further

**ORDERED AND ADJUDGED** that Defendant shall pay to Plaintiff as and for the all the add-on expenses, including unreimbursed medical, dental, vision and childcare expenses 66% of such expenses pursuant to the Court's decision; the support shall be made payable through the Support Collection Unit; and it is further

**ORDERED AND ADJUDGED** that Defendant shall pay to Plaintiff as and for the outstanding child support arrears for the period from June 2021 to October 2021 the sum of $5,166.30; the payment of the support arrears shall be made payable through the Support Collection Unit; and it is further

**ORDERED AND ADJUDGED** that Defendant shall pay to Plaintiff as and for the outstanding child support arrears for the period from November 2021 to June 2022 the sum of $8,906.08; the payment of the support arrears shall be made payable through the Support Collection Unit; and it is further

**ORDERED AND ADJUDGED** that Defendant shall pay to Plaintiff as and for the outstanding add-on expenses for the period from November 2021 to June 2022 the sum of $1,855.28; the payment of the support arrears shall be made payable through the Support Collection Unit; and it is further

**ORDERED AND ADJUDGED** that Defendant shall pay to Plaintiff as and for the outstanding maintenance for the period from June 2021 to October 2021 the sum of $3,463.12; the payment of the support arrears shall be made payable through the Support Collection Unit; and it is further

**ORDERED AND ADJUDGED** that Defendant shall pay to Plaintiff as and for the outstanding maintenance for the period from November 2021 to June 2022 the sum of $6,926.24; the payment of the support arrears shall be made payable through the Support Collection Unit; and it is further

**ORDERED AND ADJUDGED** that Plaintiff is hereby awarded money judgement in the amount of $5,700 payable to Plaintiff by Defendant; and it is further

**ORDERED AND ADJUDGED** that there is no request for maintenance; and it is further

FILED: KINGS COUNTY CLERK 01/10/2023 09:59 AM
NYSCEF DOC. NO. 60
INDEX NO. 552703/2020
RECEIVED NYSCEF: 01/10/2023

23-11461-mg    Doc 22    Filed 03/04/24    Entered 03/07/24 11:58:07    Main Document
Pg 5 of 6

**ORDERED AND ADJUDGED** that there is no Settlement Agreement entered into between the parties; and it is further

**ORDERED AND ADJUDGED** that the Supreme Court shall retain jurisdiction to hear any applications to enforce the provisions of said Settlement Agreement, if any, or to enforce or modify the provisions of this judgment, provided the court retains jurisdiction of the matter concurrently with the Family Court for the purpose of specifically enforcing, such of the provisions of that Settlement Agreement, as are capable of specific enforcement, to the extent permitted by law, and of modifying such judgment with respect to maintenance, support, custody or visitation to the extent permitted by law, or both; and it is further

**ORDERED AND ADJUDGED**, that any applications brought in Supreme Court to enforce the provisions of said Settlement Agreement, if any, or to enforce or modify the provisions of this Judgment shall be brought in a County wherein one of the parties reside; provided that if there are minor children of the marriage, such applications shall be brought in a County wherein one of the parties or the child or children reside, except, in the discretion of the judge, for good cause. Good cause applications shall be made by motion or order to show cause. Where the address of either party and any child or children is unknown and not a matter of public record, or is subject to an existing confidentiality order pursuant to DRL § 254 or FCA § 154-b, such applications may be brought in the County where the Judgment was entered; and it is further

**ORDERED AND ADJUDGED** that, pursuant to the court's decision, the Court or the Support Collection Unit (where a party is currently receiving child support services or an application has been made for such services) shall issue an income deduction order simultaneously herewith; and it is further

5

FILED: KINGS COUNTY CLERK 01/10/2023 09:59 AM
NYSCEF DOC. NO. 60

23-11461-mg    Doc 22    Filed 03/04/24    Entered 03/07/24 11:58:07    Main Document
Pg 6 of 6

INDEX NO. 552703/2020
RECEIVED NYSCEF: 01/10/2023

**ORDERED AND ADJUDGED** that both parties are authorized to resume use of any prior surname; and it is further

**ORDERED AND ADJUDGED** that Plaintiff's counsel FRISS LAW FIRM, P.C. by Natalya Friss, Esq. is awarded money judgement against Defendant in the amount of $15,000 in attorney's fees; and it is further

**ORDERED AND ADJUDGED** that Defendant shall be served with a copy of this judgment, with notice of entry, by the Plaintiff within __20__ days of such entry; and it is further

**ORDERED AND ADJUDGED** that if either Plaintiff or Defendant requests or is receiving child support services, then Plaintiff, shall send a copy of their own Application for Child Support Services together with a copy of the completed Support Collection Information Sheet (Form UD-8a) and a copy of this signed Judgment of Divorce (UD-11) to the local Support Collection Unit in the county where he or she resides within twenty (20) days after this judgment of divorce is entered.

Dated: January 9th, 2023

ENTER: _____
J.S.C.

Hon. Theresa Ciccotto
Supreme Court Justice

**FILED**

2023 JAN 10 AM 10:22

**KINGS COUNTY CLERK**

FEE _____6_____